# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    Case No: 8:17-cr-21-SCB-CPT

BRANDON GEOVANNI DIVAS-ARGUETA,

    Defendant.

_____/

## UNOPPOSED MOTION FOR SENTENCE
## REDUCTION UNDER AMENDMENT 821

Pursuant to the Court's *Omnibus Order In Re: Amendment 821, United States Sentencing Guidelines*, 3:21-mc-1-TJC, Defendant Brandon Geovanni Divas-Argueta, through his undersigned attorney, respectfully requests a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 of the United States Sentencing Guidelines, based on the following:

1.    The United States Probation memorandum, dated December 1, 2023, correctly states that Mr. Divas-Argueta is eligible for a reduction in his term of imprisonment under 18 U.S.C. § 3582(c)(2), USSG § 1B1.10, and Amendment 821.

2.    Under Amendment 821, "defendants who did not receive any criminal history points under Chapter Four, Part A [of the Sentencing Guidelines] and whose instant offense did not involve specified aggravating factors" are eligible for a "decrease of two levels from" their calculated offense level. *See* USSG § 1B1.10, comment. (n.7) (2023).

3.      At sentencing, Mr. Divas-Argueta received no criminal history points, and his offense did not involve disqualifying factors under USSG § 4C1.1(a). Thus, under Amendment 821, his amended guideline range is now 108 to 135 months' imprisonment. Mr. Divas-Argueta's last applied guideline range was 135 to 168 months' imprisonment. However, the Court granted Mr. Divas-Argueta a two-level downward departure under USSG § 5K1.1 and imposed a term of 108 months' imprisonment. A comparable departure would provide a guideline range of 87 to 108 months. Therefore, the Court should reduce Mr. Divas-Argueta's previously imposed sentence to the low end of his amended guideline range with the comparable departure or time-served, whichever is greater. 18 U.S.C. § 3582(c)(2); USSG § 1B1.10(b)(1).

4.      Mr. Divas-Argueta respectfully requests that the Court exercise its discretion, under 18 U.S.C. § 3582(c)(2) and USSG § 1B1.10, to reduce his previously imposed sentence of imprisonment to the low-end of his comparable guideline range or time-served, whichever is greater. Undersigned counsel has conferred with Assistant United States Attorney Rodney Brown regarding this request. The United States does not oppose the relief sought therein.

5.      The Government, however, requests that the effective date be no sooner than 14 days from the entry of the order, so that the Bureau of Prisons and U.S. Probation can create an approved release plan.  Mr. Divas-Argueta opposes this 14-day delay.  The Sentencing Commission already delayed retroactive application of Parts A and B to no earlier than February 1, 2024, to "provide all parties with the time needed to review

petitions and prepare for successful reentry." *2023 Amendments in Brief*, United States Sentencing Commission, https://www.ussc.gov/sites/default/files/pdf/amendment-process/amendments-in-brief/AIB_821R.pdf. So, no further delay is justified. Both parties agree the Court may decide this issue without further litigation.

6. If the Court grants this motion, the parties request that the Court's order state the revised term of imprisonment as either a specified number of months or time-served, whichever is greater. *See* USSG § 1B1.10(b)(2)(C) (providing that the reduced term of imprisonment may not be less than time served).

7. In light of the unopposed relief requested herein, the parties have not briefed various legal and factual issues that they would have otherwise addressed had this agreement not been reached. Therefore, the parties reserve the right to raise additional legal and factual arguments if the Court denies this motion.

Wherefore, Defendant Brandon Geovanni Divas-Argueta respectfully requests that this Court reduce his term of imprisonment to 87 months or time-served, whichever is greater.

        A. Fitzgerald Hall, Esq.
        Federal Public Defender

        */s/ Sonthonax B. SaintGermain*
        Sonthonax B. SaintGermain, Esq.
        Research and Writing Attorney
        Florida Bar No. 1039134
        201 S. Orange Ave., Suite 300
        Orlando, Florida 32801
        Telephone: (407) 648-6338
        Sonthonax_SaintGermain@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the Office of the United States Attorney.

        */s/ Sonthonax B. SaintGermain*
        Sonthonax B. SaintGermain, Esq.
        Counsel for Defendant